978

No. 80–1313. LAMPKIN-ASAM *v.* FLORIDA TEACHING PROFESSION-NATIONAL EDUCATION ASSN. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question. 

No. 80–1611. SHILLING *v.* STATE COMMISSION ON JUDICIAL CONDUCT. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question. 

No. 80–1628. WALL *v.* DONOVAN. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of jurisdiction. 

No. 79–538. MAMMOTH BULK CARRIERS, LTD. *v.* BACHTEL ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Scindia Steam Navigation Co.* v. *De Los Santos, ante,* p. 156. 

No. 79–850. TWIN HARBORS STEVEDORING CO. *v.* BACHTEL ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Scindia Steam Navigation Co.* v. *De Los Santos, ante,* p. 156, and *Bloomer* v. *Liberty Mutual Ins. Co.,* 445 U. S. 74 (1980).

No. A–887 (80–6581). McDONALD *v.* DRAPER, JUDGE. Ct. App. Tenn. Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. D–202. IN RE DISBARMENT OF EASLER. Disbarment entered. [For earlier order herein, see 449 U. S. 989.]

No. D–214. IN RE DISBARMENT OF TOOMEY. Disbarment entered. [For earlier order herein, see 449 U. S. 1106.]